IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CAROL PACK and
ALAN PACK,

      Plaintiffs,

v.   CIVIL ACTION NO.  2:10-cv-01343

BOSTON SCIENTIFIC OCRPORATION,

      Defendant.

## MEMORANDUM OPINION AND ORDER

On May 6, 2020, I entered an order directing plaintiffs to show cause on or before May 20, 2020, why their case should not be dismissed without prejudice as to the remaining defendant, Boston Scientific Corporation, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that plaintiffs' case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 3, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE